**No. 63123.**—Wm. A. Hausman Co. et al. *v.* United States, protests 237005–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiffs was sustained.